# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Peggy Kuo | **DATE:** 10/30/2026 |
| **CLERK:** D. Wright | |
| **DOCKET #:** 25 CR 114(FB) | **LOG TIME:** 2:23-2:37pm |
| **DEFENDANTS NAME:** Francisco Manuel Bermudez Cagua | |

| | | | |
|---|---|---|---|
| _x_ Present | ___ Not Present | _x_ Custody | ___ Bail |

**DEFENSE COUNSEL:** Jeffrey Cohn

| | | | |
|---|---|---|---|
| ___ Court Appointed | ___ Federal Defender | ___ CJA | _x_ Retained |

| | |
|---|---|
| **A.U.S.A:** David Berman | |
| **INTERPRETER:** Maristela Verastegui | **LANGUAGE:** Spanish |

Defendant arraigned on the: __ Complaint __ Indictment _x_ Superseding Indictment __ Probation Violation

| | |
|---|---|
| _x_ Defendant pleads NOT GUILTY to ALL counts. | _x_ Defendants first appearance. |
| ___ Government Agent Sworn | _x_ Rule 5f warnings given to the govt. |
| ___ DETENTION HEARING Held. | _x_ BAIL HEARING Held. |

___ Bond set at $

**Defendant:** __ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by ______________________

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted.

| | |
|---|---|
| ___ Order scheduling a Detention Hearing entered. | ___ Bail Hearing set for ___ |
| ___ Preliminary Hearing set for | ___ Preliminary Hearing waived by defendant |

_x_ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| | | |
|---|---|---|
| _x_ Order of Excludable Delay/Speedy Trial entered. | Start Date: 10/30/2026 | End Date: 1/27/2027 |

| | |
|---|---|
| **Removal District:** | **Removal District Case Number:** |

___ Removal (Rule 5) Proceeding held.

| | |
|---|---|
| ___ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
| ___ Defendant waives Identity hearing | ___ Defendant waives Preliminary hearing |

___ No bail application presented to the court. Commitment to the District entered.

_x_ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

_x_ Status conference set for **1/27/2026** @ **11:00am** before District Judge: Block

**Other Rulings:** The government opposed bail for reason stated on the record. At this time, defense counsel states on the record that the defendant does not have a bail application. Order of detention entered.